

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00902-CR

Luis **JARAMILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2228
Honorable Melisa Skinner, Judge Presiding

Opinion by:     Sandee Bryan Marion, Chief Justice

Sitting:         Sandee Bryan Marion, Chief Justice
                 Karen Angelini, Justice
                 Jason Pulliam, Justice

Delivered and Filed:  September 9, 2015

AFFIRMED

Luis Jaramillo, Jr. pled true to violating the conditions of his community supervision, and

the trial court revoked his community supervision and sentenced him to ten years' imprisonment.

Jaramillo's court-appointed attorney filed a brief containing a professional evaluation of the record

in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the appeal

has no merit.  Counsel provided Jaramillo with a copy of the brief and informed him of his right

to review the record and file his own brief.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex.

App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Jaramillo obtained a copy of the record and filed a *pro se* brief.

After reviewing the record, counsel's brief, and Jaramillo's *pro se* brief, we agree that the appeal is frivolous and without merit.[1] The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Jaramillo wish to seek further review of this case by the Texas Court of Criminal Appeals, Jaramillo must either retain an attorney to file a petition for discretionary review or Jaramillo must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Sandee Bryan Marion, Chief Justice

DO NOT PUBLISH

---

[1] Because we have determined that the appeal is frivolous, we do not address any of the issues raised by Jaramillo in his *pro se* brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).